UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARES MANAGEMENT, INC. f/k/a OTS HOLDINGS, INC., on behalf of itself and all others similarly situated,<br><br>                                      Plaintiff,<br><br>             -v-<br><br>ADP, INC. f/k/a ADP, LLC,<br><br>                                      Defendant. | 21 Civ. 2084 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 28, 2021, defendant filed a motion to dismiss the complaint under Rule 12 of the

Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the

service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

July 2, 2021. No further opportunities to amend will ordinarily be granted. If plaintiff does

amend, by July 9, 2021, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any

opposition to the motion to dismiss by June 18, 2021. Defendant's reply, if any, shall be served

by July 2, 2021. At the time any reply is served, the moving party shall supply the Court with a

---

[1] If defendant files a new motion to dismiss or rely on their previous motion, plaintiff's
opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days
after that.

courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to

EngelmayerNYSDChambers@nysd.uscourts.gov.

The Court will determine later, after receipt of plaintiff's anticipated brief opposing a

motion to dismiss the current or amended complaint, whether to schedule oral argument.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 1, 2021
New York, New York